1  Nandor B. Krause (Bar No. 148718)
   nkrause@archernorris.com
2  Derek H. Lim (Bar No. 209496)
   dlim@archernorris.com
3  Chad D. Greeson (Bar No. 251928)
   cgreeson@archernorris.com
4  ARCHER NORRIS
   2033 North Main Street, Suite 800
5  Walnut Creek, CA  94596-3759
   Telephone:    925.930.6600
6  Facsimile:    925.930.6620

7  Attorneys for Defendant and Cross-Defendant
   THE FEDERAL RESERVE BANK OF SAN
8  FRANCISCO

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 
   LAI SIM LAI, individually and by and         Case No.  3:14-cv-04443 RS
13 through her Guardian ad Litem, ERIC
   LAI,,                                        **STIPULATION TO AMEND CROSS-**
14                                              **CLAIM**
                   Plaintiff,
15                                              Action Filed:    August 10, 2014
   v.
16
   THE FEDERAL RESERVE BANK OF
17 SAN FRANCISCO, THE CITY AND
   COUNTY OF SAN FRANCISCO and
18 DOES ONE through ONE HUNDRED,

19                 Defendants.

20
   AND RELATED CROSS-ACTIONS.
21

22    **The Parties, by and through their counsel of record, hereby agree as follows:**

23    **Whereas,** on October 2, 2014, Defendant and Cross-complainant THE FEDERAL

24 RESERVE BANK OF SAN FRANCISCO, (hereinafter "Federal Reserve Bank") filed a Cross-

25 complaint in the Superior Court of the State of California, County of San Francisco, Civil Case

26 No. CGC-14-541259, against THE CITY AND COUNTY OF SAN FRANCISCO (hereinafter

27 "CCSF") and ROES 1-50 for equitable indemnity, implied indemnity, contribution and

28 apportionment, and declaratory relief;

1     **Whereas**, on October 3, 2014, Defendant and Cross-complainant Federal Reserve Bank filed a Notice of Removal of Removal of Civil Action from the Superior Court of the State of California, County of San Francisco, Civil Case No. CGC-14-541259;

    **Whereas**, on October 30, 2014, CCSF filed an answer to the Cross-complaint of Federal Reserve Bank containing an affirmative defense for failure to comply with the Tort Claims Act, at Government Code section 810, et seq., and 905, et seq.

    **Whereas**, on October 30, 2014, CCSF also filed a Cross-claim against Federal Reserve Bank for equitable contribution and indemnification and declaratory relief.

    **Whereas**, on or about January 9, 2015, Federal Reserve Bank filed a written Claim for Damages with CCSF with respect to the injuries alleged by Plaintiff that are the subject of the operative Complaint, in accordance with the appropriate sections of the California Government Code, including but not limited to section 945.4;

    **Whereas**, on January 13, 2015, CCSF rejected Federal Reserve Bank's Claim for Damages in writing.

    **To avoid unnecessary law and motion practice, the Parties herein, by and through their counsel of record, hereby stipulate as follows:**

    1.     Defendant and Cross-claimant Federal Reserve Bank may file a First Amended Cross-claim hereinafter "FAC") against CCSF without having to file a motion with the Court for leave to amend the Cross-claim.

    2.     Federal Reserve Bank's FAC may include an allegation that the Cross-complainant, Federal Reserve Bank, provided written Notice of a Claim for Damages to CCSF on January 9, 2015, in compliance with the notice requirements of California's Tort Claim Act, including but not limited to those set forth at Government Code section 945, et seq.

    3.     Federal Reserve Bank's FAC may include an allegation that CCSF rejected its Claim for Damages in writing on January 13, 2015.

    4.     Federal Reserve Bank's FAC may include an allegation that its amended Cross-claim against CCSF was timely filed within the provisions of the California Government Code, including but not limited to section 945.6

5. Federal Reserve Bank's proposed FAC with is attached hereto as Exhibit A.

6. The Parties stipulate that Federal Reserve Bank's FAC shall be deemed to have been filed on the date when the Order is granted.

7. The Parties stipulate that Federal Reserve Bank's FAC shall be deemed served on the date when all Parties are served with the Court's signed Order.

8. Finally, the Parties stipulate that Cross-defendant CCSF shall have 30 days after service (as defined in the preceding paragraph) to file a responsive pleading to Federal Reserve Bank's FAC.

**IT IS SO STIPULATED:**

Dated: March 12, 2015          WALKUP, MELODIA, KELLY & SCHOENBERGER

/s/ *Spencer J. Pahlke*
RICHARD H. SCHOENBERGER
SPENCER J. PAHLKE
Attorneys for Plaintiff

Dated: March 12, 2015          ARCHER NORRIS

/s/ *Chad D. Greeson*
CHAD D. GREESON
Attorneys for Defendant The Federal Reserve Bank of San Francisco

Dated: March 12, 2015          SAN FRANCISCO CITY ATTORNEY'S OFFICE

/s/ *David Delbon*
DAVID DELBON
Attorneys for Defendant City and County of San Francisco

**IT IS SO ORDERED:**

Date: 3/13/15

_____
Judge of U.S. District Court

CH453/1990397-1                    3                    STIPULATION TO FILE FIRST AMENDED
                                                        CROSS-CLAIM WITHOUT LEAVE OF
                                                        COURT 3:14-CV-04443 RS