Nandor B. Krause (Bar No. 148718)
nkrause@archernorris.com
Derek H. Lim (Bar No. 209496)
dlim@archernorris.com
Chad D. Greeson (Bar No. 251928)
cgreeson@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:     925.930.6600
Facsimile:      925.930.6620

Attorneys for Defendant and Cross-Defendant
THE FEDERAL RESERVE BANK OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAI SIM LAI, individually and by and through her Guardian ad Litem, ERIC LAI,, <br><br> Plaintiff, <br><br> v. <br><br> THE FEDERAL RESERVE BANK OF SAN FRANCISCO, THE CITY AND COUNTY OF SAN FRANCISCO and DOES ONE through ONE HUNDRED, <br><br> Defendants. | Case No.  3:14-cv-04443 RS <br><br> **[PROPOSED ORDER] AND STIPULATION TO FILE FIRST AMENDED CROSS-CLAIM** <br><br> Action Filed:          August 10, 2014 |
| AND RELATED CROSS-ACTIONS. | |

On March 13, 2015, the Court entered an Order allowing Federal Reserve Bank of San Francisco to file an Amended Cross-claim pursuant to stipulation (Document 23).  However, the Stipulation filed in support of this Order included an incorrect version of the Federal Reserve Bank of San Francisco's First Amended Cross-claim.  Therefore, the parties submit the following Stipulation to file a First Amended Cross-claim, which attaches the correct version of the First Amended Cross-claim as Exhibit "A".

/ / /

CH453/1998570-1                                            1

1     **The Parties, by and through their counsel of record, hereby agree as follows:**

2     **Whereas**, on October 2, 2014, Defendant and Cross-complainant THE FEDERAL
3     RESERVE BANK OF SAN FRANCISCO, (hereinafter "Federal Reserve Bank") filed a Cross-
4     complaint in the Superior Court of the State of California, County of San Francisco, Civil Case
5     No. CGC-14-541259, against THE CITY AND COUNTY OF SAN FRANCISCO (hereinafter
6     "CCSF") and ROES 1-50 for equitable indemnity, implied indemnity, contribution and
7     apportionment, and declaratory relief;

8     **Whereas**, on October 3, 2014, Defendant and Cross-complainant Federal Reserve Bank
9     filed a Notice of Removal of Removal of Civil Action from the Superior Court of the State of
10    California, County of San Francisco, Civil Case No. CGC-14-541259;

11    **Whereas**, on October 30, 2014, CCSF filed an answer to the Cross-complaint of Federal
12    Reserve Bank containing an affirmative defense for failure to comply with the Tort Claims Act, at
13    Government Code section 810, et seq., and 905, et seq.

14    **Whereas**, on October 30, 2014, CCSF also filed a Cross-claim against Federal Reserve
15    Bank for equitable contribution and indemnification and declaratory relief.

16    **Whereas**, on or about January 9, 2015, Federal Reserve Bank filed a written Claim for
17    Damages with CCSF with respect to the injuries alleged by Plaintiff that are the subject of the
18    operative Complaint, in accordance with the appropriate sections of the California Government
19    Code, including but not limited to section 945.4;

20    **Whereas**, on January 13, 2015, CCSF rejected Federal Reserve Bank's Claim for
21    Damages in writing.

22    **To avoid unnecessary law and motion practice, the Parties herein, by and through**
23    **their counsel of record, hereby stipulate as follows:**

24    1.     Defendant and Cross-claimant Federal Reserve Bank may file a First Amended
25    Cross-claim hereinafter "FAC") against CCSF without having to file a motion with the Court for
26    leave to amend the Cross-claim.

27    2.     Federal Reserve Bank's FAC may include an allegation that the Cross-
28    complainant, Federal Reserve Bank, provided written Notice of a Claim for Damages to CCSF on

January 9, 2015, in compliance with the notice requirements of California's Tort Claim Act, including but not limited to those set forth at Government Code section 945, et seq.

3. Federal Reserve Bank's FAC may include an allegation that CCSF rejected its Claim for Damages in writing on January 13, 2015.

4. Federal Reserve Bank's FAC may include an allegation that its amended Cross-claim against CCSF was timely filed within the provisions of the California Government Code, including but not limited to section 945.6

5. Federal Reserve Bank's proposed FAC with is attached hereto as Exhibit A.

6. The Parties stipulate that Federal Reserve Bank's FAC shall be deemed to have been filed on the date when the Order is granted.

7. The Parties stipulate that Federal Reserve Bank's FAC shall be deemed served on the date when all Parties are served with the Court's signed Order.

8. Finally, the Parties stipulate that Cross-defendant CCSF shall have 30 days after service (as defined in the preceding paragraph) to file a responsive pleading to Federal Reserve Bank's FAC.

**IT IS SO STIPULATED:**

Dated:  March 18, 2015         WALKUP, MELODIA, KELLY & SCHOENBERGER

/s/ *Spencer J. Pahlke*
RICHARD H. SCHOENBERGER
SPENCER J. PAHLKE
Attorneys for Plaintiff

Dated:  March 18, 2015         ARCHER NORRIS

/s/ *Chad D. Greeson*
CHAD D. GREESON
Attorneys for Defendant The Federal Reserve Bank of San Francisco

1  Dated: March 18, 2015

SAN FRANCISCO CITY ATTORNEY'S OFFICE

*/s/ David Delbon*
DAVID DELBON
Attorneys for Defendant City and County of San Francisco

6  **IT IS SO ORDERED:**

7  Date: __3/19/15_____

_____
Judge of U.S. District Court

CH453/1998570-1

4

[PROPOSED ORDER] AND STIPULATION TO FILE FIRST AMENDED CROSS-CLAIM
CASE NO. 3:14-CV-04443 RS